**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER DENYING MOTION FOR EXTENSION OF TIME

Appellate case name:     The State of Texas v. SignAd Ltd., f/k/a SignAd, Inc.

Appellate case number:   01-20-00715-CV

Trial court case number:  18CV-5774

Trial court:             County Court at Law of Austin County

Appellee SignAd Ltd.'s deadline for filing a motion for rehearing was September 2, 2022. SignAd timely filed a motion for rehearing, which the court denied on September 15, 2022.

SignAd has since moved for an extension of time in which to file a motion for en banc reconsideration, requesting that we grant an extension from the ostensible deadline of September 30, 2022 until October 14, 2022. But any motion for en banc reconsideration was due on September 2, 2022. *See* TEX. R. APP. P. 49.5 (motion seeking en banc reconsideration "must be filed within the time prescribed by Rule 49.1 for filing a motion for rehearing"); *see also* TEX. R. APP. P. 49.1 (motion for rehearing "may be filed within 15 days after the court of appeals' judgment or order is rendered"). And SignAd has offered no explanation as to why it failed to seek en banc reconsideration by the September 2, 2022 deadline.

SignAd's motion is therefore DENIED as untimely.

Justice's signature:   /s/ Gordon Goodman
                     Acting for the Court

Panel consists of Justices Kelly, Goodman, and Guerra.

Date: September 29, 2022